UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bonnie Walden,

       Plaintiff,                 Civil No. 05-2794 (RHK/JJG)

vs.                          **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Garlock Sealing Technologies, L.L.C.,
f/k/a Garlock, Inc., Owens-Illinois, Inc.,
General Electric Company, Rapid American
Corporation, Metropolitan Life Insurance
Company,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 20, 2005

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge